**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: HOLLOWAY, ROXANNE § | Case No. 08-00114-BWB |
| § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>THOMAS B. SULLIVAN, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S DEARBORN STREET
7TH FLOOR
CHICAGO, IL  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 07/29/2011 in Courtroom 201, United States Courthouse,
57 N. OTTAWA, ROOM 201
JOLIET, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  06/27/2011          By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                               Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: HOLLOWAY, ROXANNE § Case No. 08-00114-BWB
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 86,004.34 |
| *and approved disbursements of* | $ 44,190.76 |
| *leaving a balance on hand of* [1] | $ 41,813.58 |
| **Balance on hand:** | $ 41,813.58 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 41,813.58 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 6,800.20 | 0.00 | 6,800.20 |
| Attorney for Trustee, Fees - Grochocinski, Grochocinski & Lloyd, Ltd. | 2,722.50 | 0.00 | 2,722.50 |
| Attorney for Trustee, Expenses - Grochocinski, Grochocinski & Lloyd, Ltd. | 51.38 | 0.00 | 51.38 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 9,574.08 |
| Remaining balance: | $ 32,239.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 32,239.50

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 32,239.50

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,514.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 -3 | CHASE BANK USA, NA | 6,592.09 | 0.00 | 6,592.09 |
| 2 | Chase Bank USA,N.A | 654.82 | 0.00 | 654.82 |
| 3 | LVNV Funding LLC | 2,955.86 | 0.00 | 2,955.86 |
| 4 | LVNV Funding LLC | 893.83 | 0.00 | 893.83 |
| 5 | Capital Recovery II | 470.49 | 0.00 | 470.49 |
| 6 | Silver Cross Hospital | 150.00 | 0.00 | 150.00 |
| 7 | FIA Card Services NA | 2,797.30 | 0.00 | 2,797.30 |

Total to be paid for timely general unsecured claims: $ 14,514.39
Remaining balance: $ 17,725.11

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 14,920.29 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | Blue Cross Blue Shield | 14,920.29 | 0.00 | 14,920.29 |

Total to be paid for tardy general unsecured claims:  $     14,920.29
Remaining balance:  $     2,804.82

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $     0.00
Remaining balance:  $     2,804.82

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 3.2% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $2,804.47. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL 60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                                    Case No. 08-00114-BWB
Roxanne C Holloway                                                        Chapter 7
         Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0752-1          User: mrahmoun              Page 1 of 2             Date Rcvd: Jul 18, 2011
                              Form ID: pdf006             Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2011.
db           +Roxanne C Holloway,    206 Schorie Ave,    Joliet, IL 60433-1410
aty          +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Michelle E Mandroiu,    Chang & Carlin,    1305 Remington Rd,    Suite C,
               Schaumburg, IL 60173-4820
tr           +Thomas B Sullivan,    Grochocinski, Grochocinski & Lloyd Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
11850567      Advanced Call Center Technologies,    PO Box 8417,    Gray, TN 37615
11850568      Bank of America,   Nc4-105-03-14,    4161 Peidmont Pwy,    Greensboro, NC 27420
16386777     +Blue Cross Blue Shield,    of IL,   Gibson & Sharps,    745 McClintock Dr Ste #227,
               Burr Ridge IL 60527-0857
11850569    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court:   Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,
               Norcross, GA 30091)
12538065     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
14361692      CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE 19850-5145
11850570    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
              (address filed with court:   Chase,    Attn: Credit Bureau Updates,    Po Box 15919,
               Wilmington, DE 19850)
12554016      Chase Bank USA,N.A,    PO Box 15145,    Wilmington DE 19850-5145
11850571     +Chase Manhattan Mortgage,    Attn: Research Dept.,    3415 Vision Drive,   Columbus, OH 43219-6009
11850572     +Citizens Bank,   480 Jefferson Blvd,    Warwick, RI 02886-1359
11850574     +Creditors Financial Group,    PO Box 440290,    Aurora, CO 80044-1500
12829253      FIA Card Services NA,    Attn Mr BK,   1000 Samoset Dr,    DE5 023 03 03,   Newark DE 19713
11850578     +Household Mortgage Services,    Po Box 9068,    Brandon, FL 33509-9068
11850581     +Litton Loan Servicing LP,    P.O. Box 829009,    Dallas TX 75382-9009
11850566     +Michelle E. Sawicki,    Legal Helpers, PC,   20 W. Kinzie,    13th Floor,   Chicago, IL 60654-6392
11850582     +Natl City Credit Card Services,    1 Ncc Parkway,    Kalamazoo, MI 49009-8003
11850585     +Parkview Orthopaedic Group SC,    7600 W College Drive,    Palos Heights, IL 60463-1001
11850587     +Silver Cross Hospital,    ATTN PATIENT ACCOUNTS,    1200 Maple Road,   Joliet, IL 60432-1497
11850588      True Logic,   PO Box 48237,    CO 80155

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13005715     +E-mail/PDF: rmscedi@recoverycorp.com Jul 19 2011 00:31:55     Capital Recovery II,
               25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
11850573     +E-mail/Text: clerical.department@yahoo.com Jul 19 2011 00:00:58     Creditors Collection B,
               755 Almar Pkwy,   Bourbonnais, IL 60914-2392
11850576     +E-mail/Text: bankruptcy.notices@hdfsi.com Jul 18 2011 23:57:27     Harley Davidson Financial,
               3850 Arrowhead Dri,   Carson City, NV 89706-2016
11850579     +E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2011 00:31:53     Jc Penney,
               Ge Money/Attn: Bankruptcy Dept,    4125 Windward Plaza, Building 300,    Alpharetta, GA 30005-8738
11850580     +E-mail/PDF: cr-bankruptcy@kohls.com Jul 19 2011 00:31:56     Kohls,   Po Box 3120,
               Milwaukee, WI 53201-3120
12622571      E-mail/Text: resurgentbknotifications@resurgent.com Jul 18 2011 23:57:32     LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13005716      E-mail/PDF: rmscedi@recoverycorp.com Jul 19 2011 00:31:55
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
12629941     +E-mail/PDF: rmscedi@recoverycorp.com Jul 19 2011 00:31:55
               Recovery Management Systems Corporation,   For GE Money Bank,    dba SAM’S CLUB,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
11850586     +E-mail/Text: resurgentbknotifications@resurgent.com Jul 18 2011 23:57:32
               Resurgent Capital Service/Sherman Acquis,    Po Box 10587,   Greenville, SC 29603-0587
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Churck Bretz
aty             Cosmo J Tedone
11850575        Great/Chemical Bank,   please provide address
11850565*      +Roxanne C Holloway,   206 Schorie Ave,    Joliet, IL 60433-1410
11850577      ##+Health Service Systems Inc,   PO Box 68,    Joliet, IL 60434-0068
11850583      ##+Northeast Credit & Collections,   PO Box 18036,    Hauppauge, NY 11788-8836
11850584      ##+Osi Collection Service,   1375 E Woodfield Rd,    Suite 110,   Schaumburg, IL 60173-5423
                                                                                 TOTALS: 3, * 1, ## 3

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: mrahmoun              Page 2 of 2            Date Rcvd: Jul 18, 2011
                              Form ID: pdf006             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 20, 2011**                          **Signature:**  _Joseph Speetjens_