**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: HOLLOWAY, ROXANNE | § Case No. 08-00114-BWB |
| | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: $128,259.00 |
| Total Distribution to Claimants: $32,240.19 | Claims Discharged Without Payment: $316.45 |
| Total Expenses of Administration: $38,764.84 | |

3) Total gross receipts of $ 86,005.03 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $71,005.03 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 38,764.84 | 38,764.84 | 38,764.84 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 32,556.64 | 32,556.64 | 32,240.19 |
| **TOTAL DISBURSEMENTS** | $0.00 | $71,321.48 | $71,321.48 | $71,005.03 |

    4) This case was originally filed under Chapter 7 on January 04, 2008. The case was pending for 46 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/09/2011        By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PI CLAIM | 1149-000 | 20,000.00 |
| AMERICAN FAMILY INSURANCE CLAIM | 1149-000 | 66,000.00 |
| Interest Income | 1270-000 | 5.03 |
| **TOTAL GROSS RECEIPTS** | | **$86,005.03** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ROXANNE HOLLOWAY | DEBTOR'S EXEMPTION | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 6,800.20 | 6,800.20 | 6,800.20 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3110-000 | N/A | 2,722.50 | 2,722.50 | 2,722.50 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3120-000 | N/A | 51.38 | 51.38 | 51.38 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| CHUCK BRETZ & ASSOCIATES, PC | 3210-600 | | N/A | 5,000.00 | 5,000.00 | 5,000.00 |
| CHUCK BRETZ & ASSOCIATES, PC | 3210-600 | | N/A | 23,666.67 | 23,666.67 | 23,666.67 |
| CHUCK BRETZ & ASSOCIATES, PC | 3220-610 | | N/A | 490.29 | 490.29 | 490.29 |
| INTERNATIONAL SURETIES, | 2300-000 | | N/A | 33.80 | 33.80 | 33.80 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | 38,764.84 | 38,764.84 | 38,764.84 |

## EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 − PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 − GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -3 | CHASE BANK USA, NA | 7100-000 | N/A | 6,592.09 | 6,592.09 | 6,592.09 |
| 1I-3 | CHASE BANK USA, NA | 7990-000 | N/A | 699.19 | 699.19 | 628.32 |
| 2 | Chase Bank USA,N.A | 7100-000 | N/A | 654.82 | 654.82 | 654.82 |
| 2I | Chase Bank USA,N.A | 7990-000 | N/A | 69.45 | 69.45 | 62.41 |
| 3 | LVNV Funding LLC | 7100-000 | N/A | 2,955.86 | 2,955.86 | 2,955.86 |
| 3I | LVNV Funding LLC | 7990-000 | N/A | 313.51 | 313.51 | 281.73 |
| 4 | LVNV Funding LLC | 7100-000 | N/A | 893.83 | 893.83 | 893.83 |
| 4I | LVNV Funding LLC | 7990-000 | N/A | 94.80 | 94.80 | 85.19 |
| 5 | Capital Recovery II | 7100-000 | N/A | 470.49 | 470.49 | 470.49 |
| 5I | Capital Recovery II | 7990-000 | N/A | 49.90 | 49.90 | 44.84 |

**UST Form 101-7-TDR (10/1/2010)**

| 6 | Silver Cross Hospital | 7100-000 | N/A | | 150.00 | 150.00 | 150.00 |
|---|---|---|---|---|---|---|---|
| 6I | Silver Cross Hospital | 7990-000 | N/A | | 15.91 | 15.91 | 14.30 |
| 7 | FIA Card Services NA | 7100-000 | N/A | | 2,797.30 | 2,797.30 | 2,797.30 |
| 7I | FIA Card Services NA | 7990-000 | N/A | | 296.69 | 296.69 | 266.62 |
| 8 | Blue Cross Blue Shield | 7200-000 | N/A | | 14,920.29 | 14,920.29 | 14,920.29 |
| 8I | Blue Cross Blue Shield | 7990-000 | N/A | | 1,582.51 | 1,582.51 | 1,422.10 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | | 0.00 | 32,556.64 | 32,556.64 | 32,240.19 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-00114-BWB  
**Case Name:** HOLLOWAY, ROXANNE  
**Period Ending:** 11/09/11

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 01/04/08 (f)  
**§341(a) Meeting Date:** 01/31/08  
**Claims Bar Date:** 11/07/08

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 206 SCHORIE AVENUE, JOLIET | 150,941.00 | 0.00 | | 0.00 | FA |
| 2 | CHECKING/SAVINGS | 200.00 | 0.00 | | 0.00 | FA |
| 3 | CREDIT UNION/PANDUIT | 1,200.00 | 0.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | WEARING APPAREL | 800.00 | 0.00 | | 0.00 | FA |
| 6 | TERM LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| 7 | 401K | 90,213.00 | 0.00 | | 0.00 | FA |
| 8 | PI CLAIM | 15,000.00 | 0.00 | | 20,000.00 | FA |
| 9 | AMERICAN FAMILY INSURANCE CLAIM | 0.00 | Unknown | | 66,000.00 | FA |
| 10 | COLLECTION AGENCY | 2,423.00 | 0.00 | | 0.00 | FA |
| 11 | 1992 PONTIAC GRAND AM | 300.00 | 0.00 | | 0.00 | FA |
| 12 | 2000 JEEP WRANGLER | 6,480.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 5.03 | FA |
| 13 | Assets Totals (Excluding unknown values) | **$268,557.00** | **$0.00** | | **$86,005.03** | **$0.00** |

**Major Activities Affecting Case Closing:**

EMPLOYED SPECIAL COUNSEL TO PURSUE PERSONAL INJURY CASE; SETTLED ONE OF THE PI CLAIMS AND PAID DEBTOR'S EXEMPTION APRIL 17, 2009

**Initial Projected Date Of Final Report (TFR):**   December 31, 2009   **Current Projected Date Of Final Report (TFR):**   June 27, 2011  (Actual)

Printed: 11/09/2011 10:05 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 08-00114-BWB  
**Case Name:** HOLLOWAY, ROXANNE  

**Taxpayer ID #:** **-***5073  
**Period Ending:** 11/09/11  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****56-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/09/09 | {8} | UNIVERSAL CASUALTY COMPANY | SETTLEMENT OF PI CLAIM | 1149-000 | 20,000.00 | | 20,000.00 |
| 06/26/09 | 1001 | ROXANNE HOLLOWAY | DEBTOR'S EXEMPTION | 8100-002 | | 15,000.00 | 5,000.00 |
| 06/26/09 | 1002 | CHUCK BRETZ & ASSOCIATES, PC | INTERIM PAYMENT OF SPECIAL COUNSEL FEES | 3210-600 | | 5,000.00 | 0.00 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.54 | | 0.54 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.41 | | 0.95 |
| 04/20/10 | | Wire out to BNYM account 9200******5665 | Wire out to BNYM account 9200******5665 | 9999-000 | -0.95 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 20,000.00 | 20,000.00 | $0.00 |
| | | | Less: Bank Transfers | | -0.95 | 0.00 | |
| | | | **Subtotal** | | 20,000.95 | 20,000.00 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$20,000.95** | **$5,000.00** | |

{} Asset reference(s)

Printed: 11/09/2011 10:05 AM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-00114-BWB  
**Case Name:** HOLLOWAY, ROXANNE  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****56-66 - Checking Account  

**Taxpayer ID #:** **-***5073  
**Period Ending:** 11/09/11  

**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 11/09/2011 10:05 AM    V.12.57

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 08-00114-BWB | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| Case Name: | HOLLOWAY, ROXANNE | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******56-65 - Money Market Account |
| Taxpayer ID #: | **-***5073 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/09/11 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5665 | Wire in from JPMorgan Chase Bank, N.A. account ********5665 | 9999-000 | 0.95 | | 0.95 |
| 09/22/10 | {9} | AMERICAN FAMILY INSURANCE GROUP | SETTLEMENT IN MOTORIST CLAIM | 1149-000 | 66,000.00 | | 66,000.95 |
| 09/29/10 | 11003 | CHUCK BRETZ & ASSOCIATES, PC | SPECIAL COUNSEL FEES & COSTS | | | 24,156.96 | 41,843.99 |
| | | | FEES         23,666.67 | 3210-600 | | | 41,843.99 |
| | | | EXPENSES         490.29 | 3220-610 | | | 41,843.99 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.43 | | 41,844.42 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.56 | | 41,844.98 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.34 | | 41,845.32 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.35 | | 41,845.67 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.35 | | 41,846.02 |
| 02/15/11 | 11004 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #08-00114, Bond# 016026455 | 2300-000 | | 33.80 | 41,812.22 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 41,812.54 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.35 | | 41,812.89 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.34 | | 41,813.23 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.35 | | 41,813.58 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.34 | | 41,813.92 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.35 | | 41,814.27 |
| 08/01/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 41,814.27 |
| 08/01/11 | | To Account #9200******5666 | TRANSFER FUNDS TO PREPARE FINAL DISTRIBUTION | 9999-000 | | 41,814.27 | 0.00 |

|  | ACCOUNT TOTALS | 66,005.03 | 66,005.03 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers | 0.95 | 41,814.27 | |
| | **Subtotal** | 66,004.08 | 24,190.76 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$66,004.08** | **$24,190.76** | |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 11/09/2011 10:05 AM    V.12.57

Exhibit 9

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

| Case Number: | 08-00114-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | HOLLOWAY, ROXANNE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******56-66 - Checking Account |
| Taxpayer ID #: | **-***5073 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 11/09/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/01/11 | | From Account #9200******5665 | TRANSFER FUNDS TO PREPARE FINAL DISTRIBUTION | 9999-000 | 41,814.27 | | 41,814.27 |
| 08/02/11 | 10101 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $6,800.20, Trustee Compensation; Reference: | 2100-000 | | 6,800.20 | 35,014.07 |
| 08/02/11 | 10102 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $2,722.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,722.50 | 32,291.57 |
| 08/02/11 | 10103 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $51.38, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 51.38 | 32,240.19 |
| 08/02/11 | 10104 | CHASE BANK USA, NA | Dividend paid 100.00% on $6,592.09; Claim# 1-3; Filed: $6,592.09; Reference: | 7100-000 | | 6,592.09 | 25,648.10 |
| 08/02/11 | 10105 | Chase Bank USA,N.A | Dividend paid 100.00% on $654.82; Claim# 2; Filed: $654.82; Reference: | 7100-000 | | 654.82 | 24,993.28 |
| 08/02/11 | 10106 | LVNV Funding LLC | Dividend paid 100.00% on $2,955.86; Claim# 3; Filed: $2,955.86; Reference: | 7100-000 | | 2,955.86 | 22,037.42 |
| 08/02/11 | 10107 | LVNV Funding LLC | Dividend paid 100.00% on $893.83; Claim# 4; Filed: $893.83; Reference: | 7100-000 | | 893.83 | 21,143.59 |
| 08/02/11 | 10108 | Capital Recovery II | Dividend paid 100.00% on $470.49; Claim# 5; Filed: $470.49; Reference: | 7100-000 | | 470.49 | 20,673.10 |
| 08/02/11 | 10109 | Silver Cross Hospital | Dividend paid 100.00% on $150.00; Claim# 6; Filed: $150.00; Reference: | 7100-000 | | 150.00 | 20,523.10 |
| 08/02/11 | 10110 | FIA Card Services NA | Dividend paid 100.00% on $2,797.30; Claim# 7; Filed: $2,797.30; Reference: | 7100-000 | | 2,797.30 | 17,725.80 |
| 08/02/11 | 10111 | Blue Cross Blue Shield | Dividend paid 100.00% on $14,920.29; Claim# 8; Filed: $14,920.29; Reference: | 7200-000 | | 14,920.29 | 2,805.51 |
| 08/02/11 | 10112 | CHASE BANK USA, NA | Dividend paid 89.86% on $699.19; Claim# 1I-3; Filed: $699.19; Reference: | 7990-000 | | 628.32 | 2,177.19 |
| 08/02/11 | 10113 | Chase Bank USA,N.A | Dividend paid 89.86% on $69.45; Claim# 2I; Filed: $69.45; Reference: | 7990-000 | | 62.41 | 2,114.78 |
| 08/02/11 | 10114 | LVNV Funding LLC | Dividend paid 89.86% on $313.51; Claim# 3I; Filed: $313.51; Reference: | 7990-000 | | 281.73 | 1,833.05 |
| 08/02/11 | 10115 | LVNV Funding LLC | Dividend paid 89.86% on $94.80; Claim# 4I; Filed: $94.80; Reference: | 7990-000 | | 85.19 | 1,747.86 |
| 08/02/11 | 10116 | Capital Recovery II | Dividend paid 89.86% on $49.90; Claim# 5I; Filed: $49.90; Reference: | 7990-000 | | 44.84 | 1,703.02 |
| 08/02/11 | 10117 | Silver Cross Hospital | Dividend paid 89.86% on $15.91; Claim# 6I; Filed: $15.91; Reference: | 7990-000 | | 14.30 | 1,688.72 |
| 08/02/11 | 10118 | FIA Card Services NA | Dividend paid 89.86% on $296.69; Claim# 7I; Filed: $296.69; Reference: | 7990-000 | | 266.62 | 1,422.10 |
| 08/02/11 | 10119 | Blue Cross Blue Shield | Dividend paid 89.86% on $1,582.51; Claim# 8I; | 7990-000 | | 1,422.10 | 0.00 |

Subtotals :   $41,814.27   $41,814.27

{} Asset reference(s)

Printed: 11/09/2011 10:05 AM    V.12.57

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 08-00114-BWB  
**Case Name:** HOLLOWAY, ROXANNE

**Taxpayer ID #:** **-***5073  
**Period Ending:** 11/09/11

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******56-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $1,582.51; Reference: | | | | |
| | | | ACCOUNT TOTALS | | 41,814.27 | 41,814.27 | $0.00 |
| | | | Less: Bank Transfers | | 41,814.27 | 0.00 | |
| | | | Subtotal | | 0.00 | 41,814.27 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $41,814.27 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****56-65 | 20,000.95 | 5,000.00 | 0.00 |
| Checking # ***-*****56-66 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******56-65 | 66,004.08 | 24,190.76 | 0.00 |
| Checking # 9200-******56-66 | 0.00 | 41,814.27 | 0.00 |
| | $86,005.03 | $71,005.03 | $0.00 |

{} Asset reference(s)                                                                                                  Printed: 11/09/2011 10:05 AM    V.12.57